IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSE ALONSO GARCIA                                                                          PLAINTIFF

v.                                          Civil No. 2:18-cv-02159

OFFICER HARRIS, Sebastian County
Detention Center; OFFICER MADDOX,
Sebastian County Detention Center; and,
OFFICER WILLMON, Sebastian County
Detention Center                                                                            DEFENDANTS

## JUDGMENT

Currently pending is Defendants' Motion for Summary Judgment. (ECF No. 40). For the reasons stated in the Court's Memorandum Opinion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, Plaintiff's claims against the Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 8th day of November 2019.

/s/ P. K. Holmes, III
P. K. HOLMES, III
U.S. DISTRICT JUDGE

1